**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Kari M. Myron, Esq. (SBN 158592)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
kmyron@aguileragroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME SACRAMENTO, INC., a California Corporation; KB HOME SOUTH BAY, INC., a California Corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-cv-01365-MCE-EFB<br><br>**ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS BY 30 DAYS** |

    The Court has reviewed the Stipulation of Plaintiffs The Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America and Defendants KB Home Sacramento Inc. and KB Home South Bay Inc.

///

///

///

///

1

Good cause existing therefore, the deadline to file dispositional documents is extended thirty (30) days to January 3, 2014.

IT IS SO ORDERED.

Dated: December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT