**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME SACRAMENTO, INC., a California Corporation; KB HOME SOUTH BAY, INC., a California Corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-cv-01365-MCE-EFB<br><br>**ORDER RE DISMISSAL OF KB HOME SACRAMENTO, INC. AND KB HOME SOUTH BAY, INC.**<br><br>Complaint: July 9, 2013<br>Trial Date:  None |

Pursuant to the stipulation of Plaintiffs THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and Defendants KB HOME SACRAMENTO, INC. and KB HOME SOUTH BAY, INC. and good cause existing therefore,

1

CASE NO. 2:13-cv-01365-MCE-EFB
ORDER RE DISMISSAL OF KB HOME SACRAMENTO, INC. AND KB HOME SOUTH BAY, INC.

1    **IT IS HEREBY ORDERED** that defendants KB HOME SACRAMENTO,
2  INC. and KB HOME SOUTH BAY, INC. may be dismissed with prejudice, with
3  each party to bear their own costs and fees.  As the dispute between TRAVELERS
4  and KB HOME is the only controversy in this action, the entire action is hereby
5  dismissed.  The Clerk of the Court is directed to close this case.
6  Dated:  December 31, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT